**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

JENNIFER JACKSON
on behalf of herself and all others similarly situated,

        Plaintiff,

                Case No.: 4:22-cv-00545-ALM

    v.

FIRST GUARANTY MORTGAGE CORPORATION
and PACIFIC INVESTMENT MANAGEMENT
COMPANY, LLC

        Defendants.

## NOTICE OF BANKRUPTCY

Plaintiff Jennifer Jackson, on her own behalf, and on behalf of all similarly situated former employees (the "Class"), by and through his undersigned attorneys, respectfully informs the Court that First Guaranty Mortgage Corporation ("Defendant") filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Delaware on June 30, 2022. See Exhibit A ("Bankruptcy Petition"). Thus, the automatic stay provisions of the Bankruptcy Code are in effect as to Defendant in the above captioned litigation.

DATED this 5th day of July, 2022.

                Respectfully submitted,

                By: _ */s/ Jason C. Webster*
                **THE WEBSTER LAW FIRM**
                By: */s/ Jason C. Webster*
                Jason C. Webster
                State Bar No. 24033318
                6200 Savoy Drive, Suite 150
                Houston, Texas 77036
                713.581.3900 (telephone)
                713.581.3907 (facsimile)
                filing@thewebsterlawfirm.com

**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
Johnathan Miller
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

**THE GARDNER FIRM**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181

*Attorneys for Plaintiff*