# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JENNIFER JACKSON, on behalf of herself and all others similarly situated<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORPORATION, ET AL. | §<br>§<br>§ Civil Action No. 4:22cv545<br>§ Judge Mazzant<br>§<br>§<br>§ |

## ORDER

It is hereby ORDERED that Plaintiff shall file a Status Report informing the Court of the status of this case no later than July 17, 2025.

**IT IS SO ORDERED.**

**SIGNED this 7th day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE