# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER JACKSON, on behalf of herself and all others similarly situated | § § § | |
| v. | § § | CIVIL ACTION NO. 4:22CV545 JUDGE MAZZANT |
| FIRST GUARANTY MORTGAGE CORPORATION and PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC | § § § § § | |

## ORDER OF DISMISSAL

This case has been pending on the Court's docket since June 29, 2022. On July 20, 2022, the Court entered an Order (Dkt. #4) staying this case as to Defendant First Guaranty Mortgage Corporation only following Defendant First Guaranty Mortgage Corporation's filing of voluntary petition for relief under Chapter 11 of the U. S. Bankruptcy Code. The docket reflects that the next filing in this matter was an Order (Dkt. #5) entered by the undersigned on July 7, 2025, ordering that Plaintiff file a Status Report informing the Court of the status of this case no later than July 17, 2025. To date, Plaintiff has not filed a Status Report in accordance with the Court's Order.

A district court may dismiss an action for failure to prosecute or to comply with an order of the court. *See generally McCullough v. Lynaugh*, 835 F.2d 1126 (5th Cir. 1988); *Magnuson v. Electronic Data Systems Corp.*, 252 F.3d 436, 2001 WL 360841 (5th Cir. 2001); *Beard v. Experian Information Solutions Inc.*, 214 F. App'x 459 (5th Cir. 2007); Fed. R. Civ. P. 41(b). Plaintiff failed to comply with an order of the Court and failed to prosecute this action.

It is therefore **ORDERED** that Plaintiff's case is hereby **DISMISSED** without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**SIGNED this 26th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE